IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| LUTRICIA M. RATHEL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WAL-MART STORES EAST, LP<br>(DELAWARE),<br><br>　　　　Defendant. | CIVIL ACTION NO.: 5:23-cv-70 |

## AMENDED SCHEDULING ORDER

The parties filed a Joint Motion to Extend Deadlines. Doc. 13. In their Motion, the parties request extensions to the pending deadlines in the Scheduling Order. Id. at 1–2. The parties explain they have worked diligently to complete discovery, but they need more time to complete fact witness depositions and to schedule mediation. Id. Upon due consideration and good cause shown, the Court **GRANTS** the parties' request for extension and enters the following new deadlines.

| EVENT | DEADLINE |
|---|---|
| Written Discovery | March 12, 2024[1] |
| Discovery Depositions of Fact Witnesses | April 12, 2024 |
| Service of Defendant's Expert Witness Reports | February 12, 2024 |
| Discovery Status Report | April 15, 2024 |
| Discovery Status Conference | April 22, 2024 |

---

[1] Written discovery requests shall be served far enough in advance of this deadline to allow timely responses.

| | |
|---|---|
| Discovery Depositions of Expert Witnesses | April 26, 2024 |
| All Civil Motions (Including <u>Daubert</u> Motions: Excluding Motions in Limine) | May 27, 2024 |
| Depositions of All Witnesses Taken for Use at Trial | June 26, 2024 |
| Proposed Pretrial Order | July 29, 2024 |

All other deadlines and instructions in the Court's previous Order remain in full force and effect.  Doc. 9.

**SO ORDERED**, this 15th day of December, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA